## STATE EX REL. RICHARD M. CABLE v. RALPH H. TAHASH.

152 N. W. (2d) 308.

July 14, 1967—No. 40,453.

*C. Paul Jones,* State Public Defender, and *Ronald L. Haskvitz,* Assistant State Public Defender, for appellant.

*Douglas M. Head,* Attorney General, *Gerard W. Snell,* Acting Solicitor General, and *David C. Weinberg,* Special Assistant Attorney General, for respondent, warden of State Prison.

PER CURIAM.

Applying the rules established in State ex rel. Roy v. Tahash, 277 Minn. 238, 152 N. W. (2d) 301, the petition appears to sufficiently allege some facts which, if proved, would entitle petitioner to relief, thus precluding a summary disposition. The decision of the trial court must, therefore, be reversed and the case remanded for further proceedings in accordance with our supervening postconviction-remedy statute, Minn. St. 590.01, et seq.

Reversed and remanded.